**2016–1794. C.J.W.B. v. Bd. of Nursing.**
Franklin App. No. 16AP–35.
 FRENCH, J., not participating.

**2016–1803. State v. Simpson.**
Lake App. No. 2016–L–014, 2016-Ohio-7746.
 O'DONNELL, J., dissents and would accept the cause on proposition of law No. II.

**2016–1805. State v. Statzer.**
Butler App. No. CA2015–08–148, 2016-Ohio-7434.

**2016–1811. State v. Campbell.**
Cuyahoga App. No. 103982, 2016-Ohio-7613.

**2016–1812. Mather v. Mather.**
Hamilton App. Nos. C–160638, C–160639, C–160662, and C–160663.
 FISCHER, J., not participating.

**2016–1813. State v. Brand.**
Hamilton App. No. C–150590, 2016-Ohio-7456.
 FISCHER, J., not participating.

**2016–1823. State v. James.**
Muskingum App. No. CT2015–0059, 2016-Ohio-7660.

**2016–1855. Cutler Real Estate Co. v. Saran.**
Summit App. No. 28122, 2016-Ohio-7584.
 O'DONNELL and O'NEILL, JJ., dissent.

**2016–1856. State v. Suber.**
Licking App. No. 16 CA 14, 2016-Ohio-7497.

**2016–1888. State v. Graves.**
Lucas App. No. L–16–1205.

**2016–1895. State v. Pleatman.**
Hamilton App. No. C–160234. Appellant's motion to consolidate denied.
 FISCHER and DeWINE, JJ., not participating.

**2017–0124. Isreal v. State Auto Ins. Co.**
Franklin App. No. 16AP–174.

**2017–0211. State v. Yuschak.**
Medina App. No. 15CA0055–M, 2016-Ohio-8507. Appellant's motion to strike denied.

**2017–0246. Williams v. Minute Men Select, Inc.**
Tuscarawas App. Nos. 2016 AP 03 0016 and 2016 AP 04 0020. Appellees' motion to dismiss and appellant's motion to consolidate denied.

**2017–0265. Moore Law Firm v. Singh.**
Butler App. No. CA2016–01–016, 2017-Ohio-54.

**2017–0271. State v. Thompson.**
Cuyahoga App. No. 105126.

**2017–0281. Hester v. Case W. Res. Univ.**
Cuyahoga App. No. 104415, 2017-Ohio-103.

**2017–0283. State v. King.**
Muskingum App. No. CT2016–0058.

**2017–0293. State v. Cremeans.**
Muskingum App. No. CT2016–0018, 2017-Ohio-202.

**2017–0294. State v. Brooks.**
Stark App. No. 2016CA00059, 2017-Ohio-597.